JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

STEPHEN ROBERT DECK,

               Petitioner,

       v.

STATE OF CALIFORNIA,

               Respondent.

_____

) Case No. 8:21-cv-01525-MWF (SP)
)
)
) **JUDGMENT**
)
)
)
)
)
)

     Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

     IT IS ORDERED, ADJUDGED and DECREED that the Petition be denied and this action be, and hereby is, DISMISSED with prejudice.

Dated:  September 27, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge